United States District Court
Southern District of Texas
**ENTERED**
February 27, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| RONALD JOSE PEREIRA BETANCOURT, <br> Petitioner, <br><br> versus <br><br> GRANT DICKEY, *et al.* <br> Respondents. | § CIVIL ACTION NUMBER <br> § 4:26-cv-00582 <br> § <br> § <br> § JUDGE CHARLES ESKRIDGE <br> § <br> § <br> § <br> § <br> § |

### ORDER

Prior order granted the petition for writ of *habeas corpus* by Petitioner Ronald Jose Pereira Betancourt and ordered Respondents to provide him with a bond hearing by February 25, 2026, or release him. Dkt 7.

Pending is an advisory by Respondents indicating that Petitioner was released from custody. Dkt 8.

The challenged detention having now concluded, no live claims remain in this action.

This action is DISMISSED.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on February 27, 2026, at Houston, Texas.

*/s/ C R Eskridge*
Honorable Charles Eskridge
United States District Judge